UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| WILLIAM E. IRVING, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | No. 1:09-CV-161-SNLJ |
| LARRY CRAWFORD, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to reconsider appointment of counsel, #27, filed May 27, 2010. Defendants have filed a response.

The Court continues to find that appointment of counsel is not mandated at this time. The plaintiff continues to be able to litigate this matter, and nothing has occurred to indicate any need to appoint counsel. This action appears to involve straightforward questions of fact rather than complex questions of law, and plaintiff appears able to clearly present and investigate his claim.

The Court will continue to monitor the progress of this case, and if it appears to this Court that the need arises for counsel to be appointed, the Court will do so.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions to reconsider appointment of counsel, #27, filed May 27, 2010, is **DENIED**.

Dated this   24th   day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE