UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM IRVING, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LARRY CRAWFORD, et al., )<br>)<br>Defendants. ) | Case No. 1:09CV00161 SNLJ |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Pro Se Motion "Requesting Unsealing & Issuance of Defendant Debbie Vinson's Address & Notice of Legal Mail Tamperment," filed October 22, 2010 (#74).

Plaintiff requests that the Court unseal defendant Debbie Vinson's address so that he may have her served. The Court has already re-issued a summons to defendant Vinson, so the plaintiff's motion will be denied as moot.

Plaintiff's motion also responds to the Court's October 5, 2010 Order granting defendant Cynthia Reese's Motion to Compel (#67). That Order noted that the plaintiff had not responded to Reese's Motion. Plaintiff states in his motion that the prison in which he is incarcerated, Southeast Correctional Center in Charleston, Missouri, has been tampering with his legal mail. As a result, plaintiff states that he did not receive defendant Reese's Motion to Compel. Plaintiff states that defendant Cheryl Dowdy supervises the distribution of legal mail and that she is retaliating against him for filing this lawsuit by instructing her subordinates to open legal mail outside plaintiff's presence and to dispose of plaintiff's legal mail inappropriately. Plaintiff requests that the Court issue sanctions against defendant Dowdy.

Plaintiff's motion does not address defendant Reese's motion to compel, so the Court's order regarding that motion to compel will stand. The plaintiff may request a reasonable extension of time in which to respond if necessary.

As for plaintiff's request for sanctions regarding defendant Dowdy's tampering with his mail, the Court is unwilling to act on such a request absent a response from defendants. As such, defendant Dowdy will be ordered to respond to plaintiff's allegations of mail tampering within 14 days from the entry of this order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to unseal defendant Debbie Vinson's address is DENIED as moot.

**IT IS FURTHER ORDERED** that defendant Cheryl Dowdy shall file a memorandum with the Court responding to plaintiff's allegations of mail tampering within 14 days from the entry of this order.

Dated this __7th__ day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE